IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT CAMPBELL, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:16-cv-03674 |
| ROYAL INDEPENDENT SCHOOL DISTRICT, | § § § § | |
| Defendant. | § | |

**JOINT STIPULATION OF DISMISSAL**

Plaintiff Robert Campbell, Individually and On Behalf of All Others Similarly Situated (including, but not limited to, Adrian Lopez), and Defendant Royal Independent School District, being all the parties to this lawsuit, stipulate to the dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), including all claims asserted by the Plaintiff(s) against Defendant Royal Independent School District.  The Plaintiffs no longer wish to pursue any claims against the District.  The parties further stipulate that the Plaintiff(s)'s claims against Defendant Royal Independent School District are dismissed from this lawsuit with prejudice.

The undersigned counsel of record are authorized by their respective clients to sign this Stipulation of Dismissal on behalf of those clients.  The parties agree that they will bear their own costs and fees.

WHEREFORE, PREMISES CONSIDERED, Plaintiff(s) and Defendant pray that this matter be dismissed with prejudice as to both parties.

1

Respectfully submitted,

**MOORE & ASSOCIATES**

By: /s/ Melissa Moore[1]
    Melissa Moore
    State Bar No. 24013189
    Federal Id. No. 25122
    Curt Hesse
    State Bar No. 24065414
    Federal Id. No. 968465
    Lyric Center
    440 Louisiana Street, Suite 675
    Houston, Texas 77002
    Telephone: (713) 222-6775
    Facsimile: (713) 222-6739

*Attorneys for the Plaintiff(s)*

**THOMPSON & HORTON LLP**

By:  /s/  Christopher B. Gilbert
    Christopher B. Gilbert
    State Bar No. 00787535
    Southern District No. 17283
    Attorney-in-Charge

Phoenix Tower, Suite 2000
3200 Southwest Freeway
Houston, Texas 77027
Telephone:   (713) 554-6744
Fax:             (713) 583-7698
cgilbert@thompsonhorton.com

*Attorneys for Royal ISD*

---

[1] By permission.   /s/ Christopher B. Gilbert

2

## **CERTIFICATE OF SERVICE**

  This is to certify that on March 30, 2017, a true and correct copy of the foregoing document has been served electronically on the following:

    Ms. Melissa Moore
    Mr. Curt Hesse
    440 Louisiana Street, Suite 675
    Houston, Texas 77002
    ***Attorneys for the Plaintiff(s)***

     /s/ Christopher B. Gilbert
     Christopher B. Gilbert