| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas

**ENTERED**
March 31, 2017
David J. Bradley, Clerk

Robert Campbell, §
§
　　　　Plaintiff, §
§
versus §　　　Civil Action H-16-3674
§
Royal Independent School District, §
§
　　　　Defendant. §

# Dismissal

1. On the parties' agreement, this case is dismissed with prejudice. (14)

2. The parties bear their own costs and attorneys' fees.

Signed on March 30, 2017, at Houston, Texas.

　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　United States District Judge